UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

---

|   |   |
|---|---|
| JAMES WINCHESTER, | CASE NO. 5:17-cv-532 |
| Petitioner, | OPINION & ORDER [Resolving Doc. 4] |
| vs. |   |
| MARY POTTER, |   |
| Respondent. |   |

---

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

On March 14, 2017, James Winchester filed a 28 U.S.C. § 2254 habeas petition.[1] On August 13, 2018, Magistrate Judge James R. Knepp II recommended that the Court deny Winchester's petition because it was not timely filed.[2]

Any objections to Magistrate Judge Knepp's Report and Recommendation ("R&R") were due by August 27, 2018. Despite the Court granting Petitioner Winchester's motion for an extension of time to object,[3] neither he nor Respondent Mary Potter filed an objection to the R&R.

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of a R&R to which the parties have made an objection.[4] Absent objection, a district court may adopt the R&R without review.[5] Because no party has

---

[1] Doc. 4. Respondent Potter returns the writ. Doc. 12. Petitioner Winchester files a traverse to the return of writ. Doc. 15. Respondent Potter surreplies. Doc. 16.

[2] Doc. 17.

[3] Doc. 19.

[4] 28 U.S.C. § 636(b)(1).

[5] *Thomas v. Arn*, 474 U.S. 140, 149–52 (1985). Failure to timely object waives a party's right to appeal the magistrate judge's R&R. *Id.* at 155; *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981).

objected to the R&R, this Court may adopt the R&R without further review.  Moreover,

having conducted its own review of the petition and record, the Court agrees with the

conclusions in the R&R.

Accordingly, the Court **ADOPTS** Magistrate Judge Knepp's R&R and incorporates it

fully herein by reference.  The Court **DENIES** Winchester's habeas petition.  Furthermore,

the Court certifies that no basis exists upon which to issue a certificate of appealability.[6]

IT IS SO ORDERED.

Dated:  January 24, 2019                    _s/_        _James S. Gwin_
                                                              JAMES S. GWIN
                                                              UNITED STATES DISTRICT JUDGE

---

[6] 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).